**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

CARLTON T. TURNER                    CIVIL ACTION NO. 15-2282

VERSUS                               JUDGE S. MAURICE HICKS, JR.

STEVEN HAYDEN, ET AL.                MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. 38) is denied, the Motion for Summary Judgment by Steven Hayden and Michelle Dauzat (Doc. 50) is granted, and Dr. Gregory Seal is granted summary judgment *sua sponte*. All claims among all parties have now been resolved, so this is a final judgment.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE